FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0656

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23-0656

_____

**WESLEY and KAREN TUSCANO,**

      Appellants,

  v.

**SIDNEY and JULIAN HELVIK,**

      Appellees,

                              **ORDER GRANTING**
                         **EXTENSION OF TIME TO**
                          **PREPARE TRANSCRIPT**

**WESLEY and KAREN TUSCANO,**

      Appellants,

  v.

**JACQUELINE CONNER,**

      Appellee.

Appellants Wesley and Karen Tuscano ("Tuscanos"), have moved this Court to extend the deadline to produce the transcripts pursuant to M.R.App.P 9(4) and 26(2). Upon review of the Affidavit of Robin Lee, Official Court Reporter, for an extension of time to transmit the transcripts, and good cause having been shown:

IT IS HEREBY ORDERED that the Motion for an Extension of Time to Transmit the Transcripts is GRANTED and the Affiant shall have up until and including July 22, 2024, to transmit the requested Transcripts in this case.

The Clerk is directed to provide a copy of this Order to all counsel of record and to the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2024